# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Watson Dixon, Jr. | ) | CASE NO. CR400-00318-001 |

## ORDER

On April 9, 2009, the Court entered an Order denying Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). The Court found that Defendant is a career offender and the retroactive amendment does not impact his advisory guideline range. Notwithstanding, the Court considered all 18 U.S.C. § 3553(a) sentencing factors when considering Defendant's Motion.

On April 21, 2009, Defendant filed a Motion for Reconsideration of the Court's Order dated April 9, 2009. Defendant aks for a reduction in sentence pursuant to Amendment 706, but, as previously determined by the Court, Defendant is a career offender and not eligible for a reduction. Defendant also asks for a reduction pursuant to Amendment 709, which amendment is not retroactive. Finally, Defendant contends the Court should consider Booker and Kimbrough when ruling on his motion. The Court notes these cases are inapplicable to actions under 18 U.S.C. § 3582(c)(2).

The Court has carefully considered Defendant's Motion and the sentencing factors set forth in 18 U.S.C. § 3553(a). The Court **DENIES** Defendant's Motion for Reconsideration based on the aforementioned reasons.

**SO ORDERED**, this 26 day of May, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia